**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                          **PLAINTIFF**

V.                                        No. 5:09CV00144 SWW-BD

**D. WHITE,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections.[1] After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice, this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did file a Notice of Appeal in response to the Recommended Disposition. *See* docket entry 17.