# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                          **PLAINTIFF**

V.                      No. 5:09CV00144 SWW-BD

**D. WHITE,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE